# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | Hon. Charles E. Rendlen III |
| | ) | Case No. 16-20167-705 |
| RICHARD SCOTT STIGALL and | ) | |
| ANDREA LEIGH YOUNGMAN, | ) | Hearing Date: May 2, 2019 |
| | ) | Hearing Time:  11:00 a.m. |
| Debtors. | ) | Hearing Location:  Hannibal |

## MOTION TO RETAIN PROCEEDS OF SALE OF REAL ESTATE

### NOTICE TO INTERESTED PARTIES:

**Any response to the following motion must be filed with the Court within 21 days of the date of this notice.   Parties represented by an attorney must file their responses electronically according to the procedures prescribed by Court rules for electronic filing. Pro se parties shall mail filings to the United States Bankruptcy Court, Eastern District of Missouri.   Responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.   The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.   Respondent shall serve all parties who are not served electronically.**

**If a response is timely filed, a hearing will be held on a date and time determined indicated above or as otherwise determined by the Court.   Notice of such hearing will be provided to all parties in interest.   If no response is filed within 21 days, the Court may enter an order without further notice**

COME NOW the debtors, by and through counsel, and, in support of this motion, state to the Court, as follows:

1.  On April 5, 2019, Debtors filed a Motion to Approve Sale of Real Estate by Debtors (Doc. 74), which Debtors incorporate herein by reference.   Said motion has not been ruled upon, and is scheduled to come before the Court on May 2, 2019 on the 11:00 a.m. docket.

2.  If the Court approves the sale, Debtors expect to receive a net cash distribution of approximately $25,662.00, after payoff of the mortgage lien, realtor's commission and incidental closing costs.

1

3.   Debtors have incurred expenses in connection with the repairs and restoration of the property in preparation for the sale, costs associated with moving to their new residence in the state of Oklahoma and extensive dental work required by Debtor Richard Stigall, in the total amount of $35,840.00.   An itemized list of the foregoing receipts and expenses is attached hereto and incorporated herein by reference.

4.   Accordingly, Debtors wish to obtain an Order of this Court permitting them to retain the net proceeds of the sale of said real estate,

WHEREFORE, if the Court should grant Debtors' aforesaid Motion to Approve Sale of Real Estate by Debtors, Debtors pray that this Court enter an additional Order authorizing them to retain the net proceeds of the sale, and for such other orders as the Court shall deem meet and just in the premises.

Date:   April 24, 2019                   BOUL & ASSOCIATES, P.C.

                                            /s/   Harry D. Boul
                                           Harry D. Boul, Mo.Bar #23181
                                           One East Broadway, Suite B
                                           Columbia, MO   65203
                                           Voice Phone: (573) 443-7000
                                           Fax Machine: (573) 449-6554
                                           hboul@earthlink.net

                                           ATTORNEYS FOR DEBTORS
                                           RICHARD SCOTT STIGALL AND
                                           ANDREA LEIGH YOUNGMAN

### CERTIFICATE OF SERVICE

I, Cheryl L. Miller, hereby certify that on this 24th day of April, 2019, a copy of the foregoing Notice to Interested Parties and the Motion to Approve Sale of Real Estate by Debtors was served electronically and by regular United States mail to all interested parties, the Trustee, Creditors, and all creditors Agents/Attorneys as listed on the attached list.

2

April 24, 2019                                    /s/ Cheryl L. Miller
                                                 Cheryl L. Miller

Richard Stigall and Andrea Youngman
Schedule of Extraordinary Expenses
In Support of Motion to Retain Proceeds of Sale of Real Estate

| | | |
|---|---|---|
| Amount due sellers at closing | | 161,620 |
| | | |
| Deductions: | | |
| Mortgage payoff | 125,000 | |
| Realtor's commission | 10,958 | |
| Total Deductions | | 135,958 |
| Net Cash to Sellers | | 25,662 |
| | | |
| Extraordinary Expenses Incurred: | | |
| Repairs needed to sell Calleo property: | | |
| Replaced damages carpeting | | 4,000 |
| Replaced rotted deck | | 7,000 |
| Repairs to master bathroom | | 5,000 |
| Repairs to kitchen | | 2,000 |
| Cost of moving to Oklahoma | | 3,000 |
| Rental deposit on new residence | | 4,840 |
| Dental work for husband | | 10,000 |
| Total Extraordinary Expenses | | 35,840 |

Richard Scott Pascal
21922 State Highway T
Callao MO B 63534-3308

Label Matrix for local noticing
0865-2
Case 16-20167
Eastern District of Missouri
Hannibal
Tue Jun 21 15:57:09 CDT 2016

Andrew and Patricia Wynne
1903 Boyd Lane
Columbia, MO 65202-2843

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Blue Shepherd Investments, LLC
21922 State Highway T
Callao, MO 63534-3308

Capital Management Services
726 Exchange # 700
Buffalo, NY 14210-1464

(p) CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Central Bank of Boone County
P. O. Box 678
Columbia, MO 65205-0678

Chariton Valley Telecom
1206 N Missouri Street
Macon, MO 63552-2150

Chase Bank
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

Citicorp
Bankruptcy Department
100 Citibank Drive
San Antonio, TX 78245-3202

Discover Bank
Bankruptcy Department
P.O.box 30416
Salt Lake City, UT 84130-0416

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Dish Network
Bankruptcy Department
Department 0063
Palatine, IL 60055-0063

Flipping Formula
Premium Financial Training
6465 South 3000 East, Ste 201
Salt Lake City, UT 84121-6974

MOHELA/Educational Credit Management Corpora
Educational Credit Management Corp
PO Box 16408
St Paul MN 55116-0408

Missouri Credit Union
111 East Broadway
P. O. Box 1795
Columbia, MO 65205-1795

Missouri Department of Revenue
PO Box 475
301 W High St
Jefferson City MO 65101-1517

Monarch Property Management
111 E Broadway #100
Columbia, MO 65203-4208

Navient
P.O. Box 9500
Wilkes Barre, PA 18773-9500

Office of US Trustee
111 S Tenth St. Ste 6.353
St. Louis, MO 63102-1127

Penny Mac Loan Services
P.O. Box 514387
Los Angeles, CA 90051-4387

Stonegate Mortgage Corp.
Box 670063
Dallas, TX 75261-9063

Thornton L Youngman
7500 S Turner Farm Road
Columbia, MO 65201-9699

Trustees of Neumayer Equipment Co. Inc.
P.O. Box 55913
Boston, MA 02205-5913

US Attorney's Office
Room 5510 US Courthouse
400 East 9th Street
Kansas City, MO 64106-2607

US Cellular
Write Off Department
P.O. Box 7835
Madison, WI 53707-7835

US Department of Education
400 Maryland Ave SW
Washington, DC 20202-0001

USDA Rural Housing Service
P.O. Box 66879
St. Louis, MO 63166-6879

United States Attorney
111 South 10th Street
St. Louis MO 63102-1125

Andrea Leigh Youngman
21922 State Highway T
Callao, MO 63534-3308