**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **RICHARD SCOTT STIGALL** |
| Debtor 2 (Spouse, if filing) | **ANDREA LEIGH YOUNGMAN** |
| Unites States Bankruptcy Court for the: | **Eastern District of Missouri** (State) |
| Case Number: | **16-20167** |

Form 4100N
# Notice of Final Cure Payment
10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | PENNYMAC LOAN SERVICES LLC |
| Court claim no. (if known): | 14 |
| Last 4 digits of any number you use to identify the debtor's account | 6 0 8 3 |
| Property Address: | 1903 BOYD LANE<br>COLUMBIA, MO  65202 |

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:**  Amount

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 499.03 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 510.89 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 425.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 425.00 |
| e. | Allowed postpetition arrearage: | (e) $ -0- |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ -0- |
| g. | **Total.** Add lines b, d, and f. | (g) $ 935.89 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment  $ 524.58

The next postpetition payment is due on ___/___/_____
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

Form 4100N                    **Notice of Final Cure Payment**                    page 1

| Debtor 1 | **RICHARD SCOTT STIGALL** | Case number *(if known)* | **16-20167** |
|---|---|---|---|
| | Name | | |

**Part 4:** **A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Diana S. Daugherty          Date  04/23/2021
  Signature

Trustee       Diana S. Daugherty

Address       Standing Chapter 13 Trustee
              P.O. Box 430908
              St. Louis, MO  63143

Contact phone  (314) 781-8100          Email  trust33@ch13stl.com

| Debtor 1 | **RICHARD SCOTT STIGALL** | Case number *(if known)* | **16-20167** |
|---|---|---|---|
| | Name | | |

## History Of Payments

**Part 2 - b**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 17 | PENNYMAC LOAN SERVICES | Mortgage Arrearage | 12/31/2016 | 1399367 | Principal Paid | 499.03 |
| 17 | PENNYMAC LOAN SERVICES | Mortgage Arrearage | 12/31/2016 | 1399367 | Interest Paid | 11.86 |
| | | | | | **Total for Part 2 - b:** | **510.89** |

**Part 2 - d**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 23 | PENNYMAC LOAN SERVICES | Post-Petition Mortgage Supple | 01/31/2017 | 1401735 | Principal Paid | 425.00 |
| | | | | | **Total for Part 2 - d:** | **425.00** |

| Debtor 1 | **RICHARD SCOTT STIGALL** | Case number *(if known)* | **16-20167** |
|---|---|---|---|
| | Name | | |

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 23, 2021, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on April 23, 2021.

RICHARD SCOTT STIGALL
ANDREA LEIGH YOUNGMAN
17617 BLACK HAWK DR
EDMOND, OK  73013

MILLSAP & SINGER PC
612 SPIRIT DR
CHESTERFIELD, MO  63005-1259

PENNYMAC LOAN SERVICES LLC
PO BOX 660929
DALLAS, TX  75266-0929

PENNYMAC LOAN SERVICES LLC
6101 CONDOR DR
STE 200
MOORPARK, CA  93021-2602

/s/ Diana S. Daugherty
Diana S. Daugherty, Chapter 13 Trustee